IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY J. KLEIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 12-cv-867 |
| vs. | ) | |
| | ) | Judge St. Eve |
| MERCANTILE ADJUSTMENT BUREAU, LLC; | ) | Magistrate Judge Cox |
| and CONSOLIDATED EDISON, INC.; | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiff hereby gives notice that the above-entitled case should be dismissed with prejudice.

Respectfully submitted,

s/Michelle R. Teggelaar

Michelle R.Teggelaar
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

1

## CERTIFICATE OF SERVICE

I, Michelle R. Teggelaar, hereby certify that on March 6, 2012, a copy of the foregoing document was filed electronically using the Court's CM/ECF system and was served via United States Mail on the following non-CM/ECF participant(s):

Leon Z. Mener
Assistant General Attorney
Consolidated Edison Company of New York, Inc.
4 Irving Place
New York, NY 10003

Mercantile Adjustment Bureau, LLC
c/o registered agent National Registered Agents
200 W. Adams
Chicago, IL 60606

Jennifer D. Wilson
Executive Support and Project Management
Mercantile Adjustment Bureau, LLC
6390 Main Street, Suite 160
Williamsville, NY 14221

s/Michelle R. Teggelaar

Michelle R. Teggelaar
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)